**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

IN RE: JONATHAN K. FLETCHER AND          CASE NO. 5:10-bk-14128T
REBECCA A. FLETCHER                         CHAPTER 13

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO
APPLICATION FOR COMPENSATION**
(Court Document #47)

Before the Court is the Trustee's Objection to Application for Compensation filed December 14, 2010. The Objection to Application for Compensation is sustained. The Application is allowed in the sum of $27.00 for attorney's costs.

**IT IS SO ORDERED.**

_____
HONORABLE RICHARD D. TAYLOR
DATE: February 3, 2011

APPROVED AS TO FORM:

/s/Clarence W. Cash
Clarence W. Cash
Attorney for Debtors
424 W. 4th Street, Suite B
North Little Rock, AR 72114
(501) 371-9114

/s/Linda C. McCormack
Linda C. McCormack, Staff Attorney for
Jack W. Gooding
Chapter 13 Standing Trustee
P.O. Box 8202
Little Rock, AR 72221-8202
(501) 537-4400

Entered On Docket: 02/03/2011

# CERTIFICATE OF NOTICE

```
District/off: 0860-5          User: denise              Page 1 of 1                   Date Rcvd: Feb 03, 2011
Case: 10-14128                Form ID: pdfwotrm         Total Noticed: 1

The following entities were noticed by first class mail on Feb 05, 2011.
db/jdb        +Jonathan K Fletcher,    Rebecca A Fletcher,   57 Paul Davis Road,    De Witt, AR 72042-9411
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2011**                    Signature:    _Joseph Speetjens_